Ralph M. Stone (RS-4488)
Thomas G. Ciarlone (TC-3881)
SHALOV STONE BONNER & ROCCO LLP
485 7th Avenue, Suite 1000
New York, New York 10018
(212) 239-4340
Fax (212) 239-4310

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**IN RE:**                                                   Chapter 15

**SCHEFENACKER PLC,**                          Case No. 07-11482 (SMB)

                                                                   Document Electronically Filed

          Debtor in Foreign Proceeding

_____/

**NOTICE OF APPEAL**

        Joe Doran, Horst Schultzen and the Objecting Bondholder Group appeal under 28 U.S.C.

§ 158(a) from the Order of the bankruptcy judge Recognizing Foreign Proceeding and Granting

Permanent Injunction Enforcing Company Voluntary Arrangement in The United States, entered

in this Chapter 15 case on the 15th day of June 2007.

        The names of all parties to the Order appealed from and the names and addresses and

telephone numbers of their respective attorneys are set forth on the attachment hereto.

Dated: June 25, 2007

SHALOV STONE BONNER & ROCCO LLP

By: /s/ Ralph M. Stone
     Ralph M. Stone (RS-4488)
     Thomas G. Ciarlone (TC-3881)

485 Seventh Avenue, Suite 1000
New York, New York 10018
(212) 239-4340
Fax (212) 239-4310
Email:  **rstone@lawssb.com**
       tciarlone@lawssb.com

*Attorneys for Joe Doran, Horst Schultzen and
The Objecting Bondholder Group*

*Of Counsel*:

Bernd Jochem
ROTTER RECHTSANWAELTE
Luise-Ullrich-Str. 2
82031 Gruenwald
Germany
Email:  Jochem@rrlaw.de