Ralph M. Stone (RS-4488)
Thomas G. Ciarlone (TC-3881)
SHALOV STONE BONNER & ROCCO LLP
485 7th Avenue, Suite 1000
New York, New York 10018
(212) 239-4340
Fax (212) 239-4310

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 15 |
| **SCHEFENACKER PLC,** | Case No. 07-11482 (SMB) |
| | Document Electronically Filed |
| Debtor in Foreign Proceeding | |

## APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES

Pursuant to Rule 8006 of the Federal rules of Bankruptcy Procedure, Joe Doran, Horst Schultzen and the Objecting Bondholder Group (as identified on the attachment A to their Objection to Chapter 15 Petition (Docket No. 40)) hereby file the following (1) designation of items to be included in the record on appeal from the Order entered June 15, 2007 Recognizing Company Voluntary Arrangement as Either Foreign Main Proceeding or Foreign Nonmain Proceeding, Enforcing Company Voluntary Arrangement in the United States (Docket No. 81), and (2) Appellants' Statement of Issues.

### *I. Appellants' Designation of Items to be Included in the Record on Appeal*

| Filing Date | Docket No. | Description |
| --- | --- | --- |
| 05/15/2007 | 1 | Chapter 15 Petition for Recognition of Foreign Proceeding |
| 05/15/2007 | 2 | Statement, Verified Petition for Order |
| 06/06/2007 | 54 | Objection to Motion filed by Siegbert & Penelope Klemen |
| 06/07/2007 | 56 | Objection to Motion filed by Julia Annika Boehm |
| 06/11/2007 | 40 | Objection to Chapter 15 Petition on Behalf of Bondholder Group, Joe Doran, Horst Schutzen |
| 06/11/2007 | 42 | Declaration of Bernd Jochem in Support of Objection to Chapter 15 Petition |
| 06/13/2007 | 75 | Declaration of Mark Sterling in Further Support of the Verified Petition for an Order Recognizing Company Voluntary Arrangement as Foreign Main Proceeding, etc. |
| 06/13/2007 | 76 | Declaration of Hartmut Krause in Further Support of the Verified Petition for Order Recognizing Company Voluntary Arrangement as Foreign Main Proceeding, etc. |
| 06/15/2007 | 81 | Order Recognizing Company Voluntary Arrangement as Either Foreign Main Proceeding or Foreign Nonmain Proceeding |
| 06/20/2007 | 90 | Transcript of Hearing held on June 14, 2007 |
| 06/25/2007 | 88 | Notice of Appeal |

Each of the foregoing items designated shall also include any exhibits thereto.

## *II. Appellants' Statement of Issues on Appeal*

1. Did the Bankruptcy Court err in granting recognition to the Company Voluntary Arrangement, where notice of the CVA was inadequate and failed to comport with Due Process and traditional notions of fairness?

2. Did the Bankruptcy Court err by recognizing a foreign bankruptcy proceeding and permanently enjoining holders of bonds governed by a New York indenture when those bondholders did not receive adequate notice of, among other things, the manner or procedures for objecting to the foreign bankruptcy proceeding?

3. Did the Bankruptcy Court abuse its discretion in granting a permanent injunction under Chapter 15 of the Bankruptcy Code [11 U.S.C. § 1501, *et seq.*] without making a determination as to whether the foreign proceeding was a main or nonmain proceeding?

Dated: July 3, 2007                    Respectfully submitted,

SHALOV STONE BONNER & ROCCO LLP

By: /s/ Ralph M. Stone
    Ralph M. Stone (RS-4488)
    Thomas G. Ciarlone (TC-3881)

485 Seventh Avenue, Suite 1000
New York, New York 10018
(212) 239-4340
Fax (212) 239-4310
Email: rstone@lawssb.com
      tciarlone@lawssb.com

*Attorneys for Appellants Joe Doran, Horst Schultzen and the Objecting Bondholder Group*

*Of Counsel*:

Bernd Jochem
ROTTER RECHTSANWAELTE
Luise-Ullrich-Str. 2
82031 Gruenwald
Germany
Email: Jochem@rrlaw.de