Ralph M. Stone (RS-4488)
Thomas G. Ciarlone (TC-3881)
SHALOV STONE BONNER & ROCCO LLP
485 7th Avenue, Suite 1000
New York, New York 10018
Telephone (212) 239-4340
Facsimile (212) 239-4310

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SCHEFENACKER PLC,<br><br>Debtor in Foreign Proceeding. | Chapter 15<br>Case No. 07-11482 (SMB) |
| JOE DORAN, HORST SCHULTZEN, *et al.*,<br><br>Appellants,<br><br>v.<br><br>SCHEFENACKER PLC,<br><br>Debtor-Appellee. | *Document Electronically Filed*<br><br>Civil Action No. 07-CV-06598 (SAS) |

**NOTICE OF WITHDRAWAL OF APPEAL**

1.   Please take notice that Joe Doran, Horst Schultzen and the Objecting Bondholder Group hereby withdraw their notice of appeal.

Dated: August 10, 2007                Respectfully submitted,

SHALOV STONE BONNER & ROCCO LLP

By: __/s/ Ralph M. Stone____
    Ralph M. Stone (RS-4488)
    Thomas G. Ciarlone (TC-3881)

485 Seventh Avenue, Suite 1000
New York, New York 10018
(212) 239-4340
Fax (212) 239-4310
Email: rstone@lawssb.com
       tciarlone@lawssb.com

*Attorneys for Appellants Joe Doran, Horst Schultzen and the Objecting Bondholder Group*