Ralph M. Stone (RS-4488)
Thomas G. Ciarlone (TC-3881)
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue, Suite 1000
New York, New York 10018
(212) 239-4340

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 15 |
| **SCHEFENACKER PLC,** | Case No. 07-11482 (SMB) |
| Debtor in Foreign Proceeding | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and accurate copy of the foregoing Notice of Withdrawal of Appeal was served on this 13th day of August, 2007, on the following, electronically through the Court's ECF system at the email addresses registered with the court at:

kurt.vellek@allenovery.com; toby.mann@allenovery.com; tania.ingram@allenovery.com; Daniel.guyder@allenovery.com; ken.coleman@allenovery.com; rweiss@honigman.com; kdoherty@burr.com ; sfarrell@burr.com; mike.paslay@wallerlaw.com; lahern@burr.com; jkimble@burr.com

Dated: August 13, 2007

By: _____

Sara Rosenberg