Ralph M. Stone (RS-4488)
Thomas G. Ciarlone (TC-3881)
SHALOV STONE BONNER & ROCCO LLP
485 7th Avenue, Suite 1000
New York, New York 10018
Telephone (212) 239-4340
Facsimile (212) 239-4310

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SCHEFENACKER PLC,<br><br>Debtor in Foreign Proceeding. | Chapter 15<br>Case No. 07-11482 (SMB) |
| JOE DORAN, HORST SCHULTZEN, *et al.*,<br><br>Appellants,<br><br>v.<br><br>SCHEFENACKER PLC,<br><br>Debtor-Appellee. | *Document Electronically Filed*<br><br>Civil Action No. 07-CV-06598 (SAS) |

## NOTICE OF WITHDRAWAL OF APPEAL

1.   Please take notice that Joe Doran, Horst Schultzen and the Objecting Bondholder Group hereby withdraw their notice of appeal. The Clerk of the Court is directed to close this case.

So Ordered:

[signature]
USDJ
8/28/07

Dated: August 10, 2007                    Respectfully submitted,

SHALOV STONE BONNER & ROCCO LLP

By: ___/s/ Ralph M. Stone_____
    Ralph M. Stone (RS-4488)
    Thomas G. Ciarlone (TC-3881)

485 Seventh Avenue, Suite 1000
New York, New York 10018
(212) 239-4340
Fax (212) 239-4310
Email: rstone@lawssb.com
       tciarlone@lawssb.com

*Attorneys for Appellants Joe Doran,
Horst Schultzen and the Objecting
Bondholder Group*